# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| DUSTIN MITCHELL | § § | |
| v. | § | CASE NO. 3:19-CV-1127-S-BT |
| FNU CALVIN, et al. | § § § | |

## ORDER

Before the Court is Plaintiff Dustin Mitchell's ("Plaintiff") Second Motion to Dismiss (the "Motion") [ECF No. 8]. In the Motion, Plaintiff requests that the Court voluntarily dismiss his case until "after the disposition of his Federal Habeas Corpus" petition is resolved. *See* Mot. 1-2. The Court grants the Motion and dismisses the above-captioned case without prejudice. The Court further finds moot the Findings, Conclusions, and Recommendation of the United States Magistrate Judge [ECF No. 7].

**SO ORDERED.**

SIGNED August 1, 2019.

_____
**UNITED STATES DISTRICT JUDGE**